IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA GLASPER & VALENTINO RABOTEAUX,<br><br>    Plaintiffs,<br><br>    v.<br><br>VEOLIA TRANSPORTATION SERVICES,<br><br>    Defendant._____/ | No. C 09-01585 CRB<br><br>**ORDER** |

    Plaintiffs Barbara Glasper and Valentino Raboteaux brought a class action in San Francisco Superior Court against Defendant Veolia Transportation Services, alleging violations of California labor laws. Defendant removed the action to this Court. Now before the Court is Defendant's motion to transfer this action to the Central District of California under 28 U.S.C. § 1404(a).

    For the reasons stated by the Court at the motion hearing on July 10, 2009, Defendant's motion is GRANTED.

**IT IS SO ORDERED.**

Dated: July 14, 2009

                                          CHARLES R. BREYER
                                          UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\01585\GlasperOrder.wpd