UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES - GENERAL

**PRIORITY SEND**

| Case No. | CV 09-5200 PSG (JEMx) | Date | August 25, 2009 |
|---|---|---|---|
| Title | Barbara Glasper, *et al.* v. Veolia Transportation Services, Inc. | | |

| Present: The Honorable | PHILIP S. GUTIERREZ, United States District Judge |
|---|---|
| Wendy Hernandez | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   **(In Chambers) Remand Order**

On July 27, 2009, the Court issued an Order to Show Cause re Remand ("OSC") and gave Veolia Transportation, Inc. ("Defendant") twenty one days to respond to the Court's concerns regarding the apparent impropriety of removal. Accordingly, Defendant had until August 17, 2009 to file a response to the OSC. Defendant failed to do so. Therefore, the Court REMANDS the case.

**IT IS SO ORDERED.**